[Nos. 32646-5-I; 32649-0-I.   Division One.   May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON SCOTT OSBORN, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 92-1-01347-3, Larry E. McKeeman, J., entered March 11, 1993. *Dismissed* by unpublished per curiam opinion.

[No. 35009-9-I.   Division One.   May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. VANNA RANN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-02945-4, Mary Wicks Brucker, J., entered July 5, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 31817-9-I.   Division One.   May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN J. GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-01777-2, Faith Enyeart Ireland, J., entered November 22, 1992. *Dismissed* by unpublished per curiam opinion.

[Nos. 30975-7-I; 34570-2-I.   Division One.   May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS GRAY, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 91-1-04466-6, Warren Chan, J., entered July 1, 1992. *Affirmed in part* and *remanded* by unpublished opinion per Pekelis, J. Pro Tem., concurred in by Baker, C.J., and Grosse, J.